IN THE SUPREME COURT OF NORTH CAROLINA

No. 115PA17

Filed 11 May 2018

STATE OF NORTH CAROLINA

v.

DEAN MICHAEL VARNER


On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 796 S.E.2d 834 (2017), reversing and remanding a judgment entered on 14 January 2016 by Judge Thomas H. Lock in Superior Court, Lee County. Heard in the Supreme Court on 18 April 2018.

*Joshua H. Stein, Attorney General, by Kathleen N. Bolton, Assistant Attorney General, and Anne M. Middleton, Special Deputy Attorney General, for the State-appellant.*

*Glenn Gerding, Appellate Defender, by John F. Carella and Katherine Whitney Dickinson-Schultz, Assistant Appellate Defender, for defendant-appellee.*


PER CURIAM.


DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.